IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALONZO GILLIAM, III,
ADC #98194                                                                                             PLAINTIFF

V.                                           NO. 2:12CV00091-JMM-BD

TONY BARNES, *et al.*                                                                          DEFENDANTS

## ORDER

Summons issued to Defendant Brooks (identified by Plaintiff as a lieutenant at the East Arkansas Regional Unit, Arkansas Department of Correction ("ADC")) has been returned unexecuted, with a notation that he is no longer employed by the ADC. (Docket entry #20) The Clerk of the Court is requested to provide a copy of this Order to the ADC Compliance Division, P. O. Box 20550, Pine Bluff, Arkansas 71612. The ADC is directed to file, under seal, Defendant Clayton Brooks's last-known address, if known, within fourteen days from the entry of this Order, so that service of process can be effected.

The Clerk is further instructed to update the docket to reflect the full names of Defendants Steven Chapman, Antonio Warren, Harrison Foreman, James Lang, Stephen Lane, Levester Butler Jr., Tony Barnes, Clayton Brooks, and Michael Allen.

IT IS SO ORDERED this 5th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE