IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| ALONZO GILLIAM, III<br>ADC #98194 | | PLAINTIFF |
| V. | No. 2:12CV00091 JMM-BD | |
| TONY BARNES, *et al.* | | DEFENDANTS |

## ORDER

Mr. Gilliam has filed a motion for reconsideration of the Court's previous order denying his request for copies of, and time to review, certain videotapes to be used as evidence in this lawsuit. (Docket entry #44) The motion for reconsideration (#44) is DENIED.

As noted in the Court's previous order, if Mr. Gilliam wishes to review videotapes that are relevant to his case, he may use the process set forth in Rule 34 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 13th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE