**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ALONZO GILLIAM, III
ADC #98194**                                                                                       **PLAINTIFF**

V.                              No. 2:12CV00091 JMM-BD

**TONY BARNES,** *et al.*                                                                **DEFENDANTS**

### ORDER

Mr. Gilliam has moved for a Court order compelling the ADC Defendants to produce specific documents and specific information regarding Defendant Clayton Brooks. (Docket entries #93, #95) The Court previously ordered the ADC Defendants to provide a more thorough response to Mr. Gilliam's requests. (#104) The ADC Defendants have now complied with the Court order. (#111) Based on their response and the multiple exhibits attached to their response, the Court concludes that they have sufficiently responded to Mr. Gilliam's discovery requests.

In addition, the ADC Defendants explain that the information sought by Mr. Davis regarding Defendant Brooks is confidential, and that they previously complied with the Court order to provide Defendant Brooks's last-known address so that he could be served. The Court agrees that the ADC Defendants have fulfilled their responsibility in obtaining service of Defendant Brooks, and that they are not obligated to provide Mr. Gilliam confidential personnel information.

The motions (#93, #95) are DENIED this 23rd day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE