# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ALONZO GILLIAM, III**                                                                                    **PLAINTIFF**
**ADC #98194**

**V.**                         **No. 2:12CV00091-JMM-BD**

**TONY BARNES,** *et al.*                                                                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Gilliam's motion for a preliminary injunction (docket entry #163) is DENIED.

IT IS SO ORDERED, this 24th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE