# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ALONZO GILLIAM, III**                                                      **PLAINTIFF**
**ADC #98194**

**V.**                  **No. 2:12CV00091-JMM-BD**

**TONY BARNES,** *et al.*                                             **DEFENDANTS**

## **ORDER**

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After carefully reviewing the Recommendation, the timely objections, and after conducting a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Gilliam's motion for preliminary injunctive relief (docket entry #186) is DENIED.

IT IS SO ORDERED this 9th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE