# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ALONZO GILLIAM, III**                                                      **PLAINTIFF**
**ADC #98194**

**V.**                   **No. 2:12CV00091-JMM-BD**

**TONY BARNES,** *et al.*                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the recommendation and the objections filed by Mr. Gilliam, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in all respects.

Stormi Sherman's motion for summary judgment (docket entry #189) is GRANTED. Mr. Gilliam's claims against Defendant Stormi Sherman are DISMISSED, with prejudice.

IT IS SO ORDERED, this 11th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE