IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ALONZO GILLIAM, III**                                                                **PLAINTIFF**
**ADC #98194**

**V.**                      **No. 2:12CV00091-JMM-BD**

**TONY BARNES,** *et al.*                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the recommendation and the timely objections filed by Mr. Gilliam, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in all respects.

Defendants Michael Allen, Tony Barnes, Levester Butler, Steven Chapman, Fidel Cobb, Harrison Foreman, Ronnie Hoskin, Stephen lane, James Lang, Marion Smith, and Antonio Warren's motion for summary judgment (#219) is GRANTED. Mr. Gilliam's constitutional claims against these Defendants are DISMISSED, with prejudice. His state law tort claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 14th day of January, 2014.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE